# Gary Certain

| | |
|---|---|
| **From:** | Sherman, Diane - SOL <Sherman.Diane@DOL.GOV> |
| **Sent:** | Tuesday, May 19, 2015 3:56 PM |
| **To:** | Gary Certain |
| **Cc:** | Singh, Rukhsanah (USANYE) (Rukhsanah.Singh@usdoj.gov); Skoch, Joanna - OSHA |
| **Subject:** | Manzo v Stanley Black & Decker |
| **Attachments:** | Manzo Touhy letter 5 19 2015.pdf; cvd.pdf |

Mr. Certain,
We are forwarding our decision with regard to your subpoena in this matter (hard copy is going out in the mail).  I have also attached an unredacted copy of the file.  The Long Island OSHA Area Office will be sending you the file in hard copy.  We do not have any photographs other than what is included in the file.

Diane C. Sherman
Counsel for Occupational Safety and Health
U.S. Department of Labor
201 Varick Street, Rm. 983
New York, New York 10014
Tel. **646-264-3654**
Fax **646-264-3660**

This message may contain information that is privileged or otherwise exempt from disclosure under applicable law.  Do not disclose without consulting the Office of the Solicitor.  If you think that you received this e-mail in error, please notify the sender immediately.